ACCEPTED
05-18-00476-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/5/2018 2:04 PM
LISA MATZ
CLERK

## NO. 05-18-00476-CV

| | | |
|---|---|---|
| **LYNDA BLISS,** | § | **FIFTH DISTRICT** |
| **Appellant,** | § | |
| | § | |
| **vs.** | § | **COURT OF APPEALS** |
| | § | |
| **Bank of America, N.A. AND** | § | |
| **SANTANDER BANK, N.A.,** | § | |
| **Appellees.** | § | **AT DALLAS, TEXAS** |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/05/2018 2:04:41 PM
LISA MATZ
Clerk

### APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

Appellant Lynda Bliss ("Bliss" or Appellant") submits this unopposed motion requesting the Court to extend the time to file Appellant's Brief.

Appellant's Brief is currently due on June 6, 2018. There have been no previous extensions of this briefing deadline.

Appellant's counsel, Jeffrey R. Sandberg of the lawfirm Palmer & Manuel, LLP, is unable to file Appellant's Brief on or before this deadline.

On May 21, 2018, Mr. Sandberg filed the Appellant's Reply Brief in this Court in *WWLC Investment, L.P. v. Miraki* in appellate cause 05-17-01126-CV. On May 21, 2018, Mr. Sandberg filed Petitioners' Reply to the Response to the Petition for Review in the Texas Supreme Court in appellate cause 18-0144. Additionally, Mr. Sandberg was the sole counsel for a five-day jury trial in May 2018.

Because of this, Mr. Sandberg is unable to file Appellant's Brief on or before June 6, 2018, and Appellant requests additional time to file Appellant's Brief. At this time, Appellant requests an additional thirty days to file Appellant's Brief, or a new deadline of July 6, 2018.

**APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF** Page 1 of 3
I:\18042\Appeal\Motion (Unopposed) to Extend Time to File Appellant Brief.180605..doc

This motion is filed before the date Appellant's Brief is due on June 6, 2018. *See* TEX. R. APP. P. 10.5.

## PRAYER

For the above reasons, Appellant asks the Court to grant an extension of time to file Appellant's Brief in this cause an additional thirty days, extending the time for Appellant to file Appellant's Brief to July 6, 2018.

Respectfully submitted,

PALMER & MANUEL, PLLC

By: /s/ Jeffrey R. Sandberg
    Jeffrey R. Sandberg
    State Bar No. 00790051
    jsandberg@pamlaw.com
8350 N. Central Expressway; Suite 1111
Dallas, Texas 75206
(214) 242-6444/ (214) 265-1950 – Fax
**COUNSEL FOR APPELLANT
LYNDA BLISS**

## CERTIFICATE OF CONFERENCE

Counsel certifies that on June 4, 2018, counsel conferred with Appellees' counsel regarding this motion and Appellees do not oppose the relief requested by Appellant.

/s/ Jeffrey R. Sandberg
**JEFFREY R. SANDBERG**

## VERIFICATION

STATE OF TEXAS       §
                                   §

COUNTY OF DALLAS     §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Jeff Sandberg, who, after being duly sworn, stated under oath stated that he has read the above document; that he is authorized to execute this Verification, and that every factual statement contained therein is within his personal knowledge and is true and correct.

_____

Jeff Sandberg

SUBSCRIBED AND SWORN TO BEFORE ME on the 5th day of June, 2018, to certify which witness my and official seal.



MARIA ISLAS
Notary ID #6532246
My Commission Expires
September 7, 2021

*Maria Islas*
_____
Notary Public in and for the State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in accordance with the Texas Rules of Appellate Procedure via electronic filing and email on this the 5th day of June, 2018:

Kathryn B. Davis, Esq. (kbdavis@winston.com)
Connie Flores Jones, Esq. (cflores@winston.com)
Winston & Strawn LLP
1111 Louisiana
25th Floor
Houston, TX 77002

/s/ Jeffrey R. Sandberg
Jeffrey R. Sandberg